501 A.2d 632

**COMMONWEALTH, Petitioner,**

v.

**Gregory CLARK.**

Supreme Court of Pennsylvania.

Dec. 2, 1985.

Petition for Allowance of Appeal GRANTED, No. 158 E.D. Appeal Docket 1985.